IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SUSAN HENRY, for herself and on behalf of all others similarly situated,<br><br>          *Plaintiff*,<br>v.<br><br>WOLVERINE WORLD WIDE, INC., a Delaware Corporation, WASTE MANAGEMENT OF MICHIGAN, INC., a Michigan Corporation; and THE 3M COMPANY, f/k/a Minnesota Mining and Manufacturing Co., a Delaware Corporation<br><br>          *Defendants*. | C.A. No. 18-1924-MN |

**STIPULATION AND ORDER TO TRANSFER VENUE**

    WHEREAS on April 18, 2019, Defendant Wolverine World Wide, Inc. ("Wolverine") moved this Court for an Order transferring this case to the United States District Court for the Western District of Michigan (the "Western District of Michigan") pursuant to 28 U.S.C. § 1404(a) (D.I. 31) (the "Motion");

    WHEREAS, no other party filed a response to oppose the Motion;

    WHEREAS the parties have conferred regarding the Motion and all parties consent to transfer of this action to the Western District of Michigan;

    NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel for Plaintiff and Defendants, subject to the approval of the Court, that the above-captioned action may be transferred to the Western District of Michigan. Moreover, the briefing on Defendants' motions to dismiss (D.I. 15, 18, 20) is stayed pending this Court's disposition of the Motion and further Order of Court.

RLF1 21255027v.1

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

| NAPOLI SHKOLNIK, LLC | POTTER ANDERSON & CORROON LLP |
|---|---|
| By: */s/ R. Joseph Hrubiec*<br>    R. Joseph Hrubiec (#5500)<br>    919 North Market Street, Suite 1801<br>    Wilmington, DE 19801<br>    rhrubiec@napolilaw.com | By: */s/ John A. Sensing*<br>    John A. Sensing (#5232)<br>    Jesse L. Noa (#5973)<br>    Hercules Plaza, Sixth Floor<br>    1313 North Market Street<br>    Wilmington, DE  19801<br>    jsensing@potteranderson.com<br>    jnoa@potteranderson.com |
| *Attorneys for Plaintiff and the Putative Class* | *Attorneys for Defendant Wolverine World Wide, Inc.* |
| REILLY, MCDEVITT & HENRICH, P.C. | RICHARDS, LAYTON & FINGER, P.A. |
| By: */s/ Brian D. Tome*<br>    Brian D. Tome (#5300)<br>    Delle Donne Corporate Center<br>    1013 Centre Road<br>    Wilmington, DE 19805<br>    btome@rmh-law.com | By: */s/ Kelly E. Farnan*<br>    Kelly E. Farnan (#4395)<br>    One Rodney Square<br>    920 N. King Street<br>    Wilmington, DE 19801<br>    farnan@rlf.com |
| *Attorneys for Defendant Waste Management of Michigan, Inc.* | *Attorneys for Defendant 3M company* |

Dated: May 13, 2019

SO ORDERED this ___ day of _____, 2019

                                                      _____
                                                      United States District Judge